UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| IN RE: <br> LITTCO METALS, LLC | CHAPTER 7. CASE NO. 23-10069-SDM <br> ADV. PROCEEDING NO: 24-01024-SDM |
| JASON RICHARD LITTRELL AND WILLIAM L. FAVA, TRUSTEE FOR LITTCO METALS, LLC d/b/a LITTCO, LLC, LITTCO METALS EQUIPMENT LEASING, INC., AND LITTCO METALS MANAGEMENT CO. | PLAINTIFFS |
| V. | NO: 1:25-CV-00025-GHD |
| TYLER BURGESS; TONIA ETOH; INTERNATIONAL DEVELOPMENT SERVICES, INC.; et al. | DEFENDANTS |

**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW REFERENCE**

Pursuant to an opinion issued this day, it is hereby ORDERED:

(1) the Defendants International Development Services, Inc., Tyler Burgess, Tonia Etoh, International Services, Inc., Tavas, LLC, Penhurst Capital, Inc., Nathan Free, Jerold Weissberg, Robert Legon, Bruce Bush, Dale Johnston, and James Peters' Motion to Withdraw Reference [1] is GRANTED;

(2) the subject adversary proceeding, No. 24-01024-SDM, shall PROCEED to be adjudicated in this Court; and

(3) the parties are DIRECTED to contact the chambers of the assigned Magistrate Judge within 10 days of the entry of this Order to set the case for a case-management conference.

SO ORDERED, this the 1st day of May, 2025.

SENIOR U.S. DISTRICT JUDGE