UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| IN RE:<br>LITTCO METALS, LLC | CHAPTER 7. CASE NO. 23-10069-SDM<br>ADV. PROCEEDING NO: 24-01024-SDM |
| JASON RICHARD LITTRELL AND<br>WILLIAM L. FAVA, TRUSTEE FOR<br>LITTCO METALS, LLC d/b/a LITTCO,<br>LLC, LITTCO METALS EQUIPMENT<br>LEASING, INC., AND LITTCO METALS<br>MANAGEMENT CO. | PLAINTIFFS |
| V. | NO: 1:25-CV-00025-GHD |
| TYLER BURGESS; TONIA ETOH;<br>INTERNATIONAL DEVELOPMENT<br>SERVICES, INC.; et al. | DEFENDANTS |

**ORDER**

The Court entered an Order [18] in this adversary proceeding granting the Plaintiff's motion [17] seeking leave of court to file a RICO statement, as required by L.U. Civ. R. 83.8. The Defendants request that the Court clarify that the Defendants are permitted to supplement their pending motions to dismiss to address both the allegations and the sufficiency of the Plaintiff's RICO statement. The Court agrees that the Defendants may so supplement their pending motions.

Accordingly, the Count hereby CLARIFIES that the Defendants are permitted to supplement their pending motions to dismiss to address both the allegations and the sufficiency of

the Plaintiff's RICO statement.

SO ORDERED, this, the 2nd day of July, 2025.

_____
SENIOR U.S. DISTRICT JUDGE

2