UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

| | |
|---|---|
| IN RE:<br>LITTCO METALS, LLC | CHAPTER 7. CASE NO. 23-10069-SDM<br>ADV. PROCEEDING NO: 24-01024-SDM |
| JASON RICHARD LITTRELL AND WILLIAM L. FAVA, TRUSTEE FOR LITTCO METALS, LLC d/b/a LITTCO, LLC, LITTCO METALS EQUIPMENT LEASING, INC., AND LITTCO METALS MANAGEMENT CO. | PLAINTIFFS |
| V. | NO: 1:25-CV-00025-GHD |
| TYLER BURGESS; TONIA ETOH; INTERNATIONAL DEVELOPMENT SERVICES, INC.; et al. | DEFENDANTS |

**ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE**

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendants' motion to change venue [Doc. No. 42] is GRANTED, and this civil action is hereby **TRANSFERRED** to the United States District Court for the Eastern District of New York. All documents and other materials filed in this civil action shall be transferred and received in accordance with the local rules and procedures of the Eastern District of New York.

SO ORDERED, this, the 18th day of December, 2025.

_____
SENIOR U.S. DISTRICT JUDGE